PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ana Leon                                   Cr.: 06-00377-001
                                                             PACTS #: 45444

Name of Sentencing Judicial Officer: The Honorable Mary L. Cooper

Date of Original Sentence: 09/18/06

Original Offense: Embezzlement of Public Money

Original Sentence: 36 months Probation; Restitution $61,987.32

Type of Supervision: Probation                Date Supervision Commenced: 09/18/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution. |

RECEIVED
AUG 28 2009
AT 8:30
WILLIAM T. WALSH
CLERK

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 08/20/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- Case expire as scheduled.

_____
Signature of Judicial Officer

AUG. 28, 2009
_____
Date